MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00392 YGR |
|    Plaintiff, ) | |
| v. ) | NOTICE OF DISMISSAL; AND ORDER RE SAME |
| LEROY JAMES COLBERT, ) | |
|    Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: April 9, 2013                       Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney


                                                /s/
                                              MAUREEN BESSETTE
                                              Chief, Oakland Branch

NOTICE OF DISMISSAL; AND ORDER
CR-12-00392 YGR

Leave is granted to the government to dismiss the Indictment. It is further ordered that the arrest warrant issued in connection with the Indictment is quashed.

Date: April 9, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge